UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN MICHAEL ARCHEY,

    Plaintiff,                                    Case No. 13-cv-13045
                                                     Hon. Matthew F. Leitman

v.

QBE INSURANCE CORPORATION,

    Defendant.
_____/

## ORDER ON FINAL PRETRIAL CONFERENCE

With respect to the Final Pretrial Conference, which is scheduled to take place on January 25, 2015, at 10:00 a.m. (*see* the Amended Case Management Requirements and Scheduling Order, ECF #11), the Court **HEREBY ORDERS** both parties to have present, in person, at the Final Pretrial Conference, a person or persons with **full** settlement authority. If and to the extent Defendant contends that it needs the permission and/or approval of the Michigan Catastrophic Claims Association (the "MCCA") or any other organization to negotiate and execute a settlement with Plaintiff, **IT IS FURTHER ORDERED** that Defendant secure the in-person appearance, at the Final Pretrial Conference, of a representative of the MCAA or any other organization needed to facilitate a settlement in this action who has **full** power to authorize a settlement with Plaintiff. To the extent the Court is empowered to do so, **IT FURTHER ORDERS** a representative from the

1

MCAA, who has full authority to approve a settlement with Plaintiff, appear, in person, at the Final Pretrial Conference.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 13, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2015, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113